United States District Court
Southern District of Texas
**ENTERED**
August 27, 2020
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| John Doe | § | |
| | § | |
| *versus* | § | Civil Action 4:20−cv−02985 |
| | § | |
| William Marsh Rice University, et al. | § | |

## Recusal Order

1. I stand recused in this case.

2. Deadlines in scheduling orders subsist. Court settings are vacated.

Signed on August 27, 2020, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge