## United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

United States Courts
Southern District of Texas
FILED

March 09, 2022

Nathan Ochsner, Clerk of Court

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

March 09, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 21-20555    Doe v. William Marsh
                USDC No. 4:20-CV-2985

The court has considered the motion of William Marsh Rice University to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for William Marsh Rice University may obtain all ex parte documents *filed on behalf of William Marsh Rice University*, and all other non ex parte documents in the record. The non-public and/or sealed materials from the record are for your review ONLY. The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Rebecca L. Leto, Deputy Clerk
504-310-7703

Mr. Russell Hardin Jr.
Mrs. Susan E. Hutchison
Mr. Nathan Ochsner
Mrs. Emily McLemore Smith

# United States Court of Appeals
# for the Fifth Circuit

No. 21-20555

JOHN DOE,

*Plaintiff—Appellant,*

*versus*

WILLIAM MARSH RICE UNIVERSITY, *doing business as* RICE UNIVERSITY,

*Defendant—Appellee.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:20-CV-2985

ORDER:

IT IS ORDERED that Appellee's unopposed motion to view and obtain sealed documents is GRANTED.

\s\ Jennifer Walker Elrod
_____
JENNIFER WALKER ELROD
*United States Circuit Judge*