# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
June 12, 2023
Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit
**FILED**
May 11, 2023
Lyle W. Cayce
Clerk

No. 21-20555

JOHN DOE,

*Plaintiff—Appellant,*

*versus*

WILLIAM MARSH RICE UNIVERSITY, *doing business as* RICE UNIVERSITY,

*Defendant—Appellee.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:20-CV-2985

---

Before STEWART, ELROD, and GRAVES, *Circuit Judges.*

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED IN PART, REVERSED IN PART and REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that defendant-appellee pay to plaintiff-appellant the costs on appeal to be taxed by the Clerk of this Court.

JAMES E. GRAVES, JR., *Circuit Judge*, dissenting.

Certified as a true copy and issued
as the mandate on Jun 12, 2023

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

## *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

June 12, 2023

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

      No. 21-20555   Doe v. William Marsh
                              USDC No. 4:20-CV-2985

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Rebecca L. Leto, Deputy Clerk
                              504-310-7703

cc:    Mr. Russell Hardin Jr.
        Mrs. Susan E. Hutchison
        Mr. Wallace B. Jefferson
        Ms. Melanie Dawn Plowman
        Mrs. Emily McLemore Smith
        Ms. Amy Warr