IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **JOHN DOE,** | § § § | |
| *Plaintiff* | § § | |
| vs. | § § | Civil Action No. 4:20-cv-02985 |
| **WILLIAM MARSH RICE UNIVERSITY** d/b/a **RICE UNIVERSITY**, | § § § § | |
| *Defendant.* | § § | |

### ORDER ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The matter before the Court is Defendant's Re-Urged Motion for Final Summary Judgment. Upon review of the file, Motion and Response, the Court finds the Motion should be Denied.

**THEREFORE**, **IT IS HEREBY ORDERED** that Defendant's Re-Urged Motion for Final Summary Judgment is **DENIED**.

SIGNED this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE