Case 4:20-cv-02985   Document 116   Filed on 12/13/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
December 15, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN DOE, § § § § | | |
| *Plaintiff* | § | |
| vs. | § § | Civil Action No. 4:20-cv-02985 |
| WILLIAM MARSH RICE UNIVERSITY d/b/a RICE UNIVERSITY, | § § § § | |
| *Defendants.* | § | |

## AMENDED SCHEDULING ORDER

The following actions shall be completed by the date indicated.

1. December 6, 2024 **EXPERTS**

   Plaintiff, or party with the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2).

   January 17, 2025 Defendant, or party without the burden of proof, will designate rebuttal expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2).

   **EXPERT DISCOVERY**

2. March 7, 2025

   Counsel may, by agreement continue discovery beyond the deadline. No continuance will be granted because of information discovered in post-deadline discovery.

**NOTE:** Defendant seeks to include a new "Motions" deadline. While Plaintiff does not object to a deadline for *Daubert* motions, Plaintiff does object to a deadline for dispositive motions. Defendant has previously filed two dispositive motions and that deadline has

passed. [**Defendant note:** Defendant simply seeks a deadline for filing the motions contemplated by this Court's form order. Relieving Plaintiff of the consequences of failing to designate damages experts and gather economic damages evidence does not justify requiring trial of claims or issues that may be decided by motion.]

| | | |
|---|---|---|
| 3. | April 25, 2025 | **MOTIONS DEADLINE** Including any motion challenging an expert witness (only motions in limine on issues other than experts may be filed after this date). The motion deadline may <u>not</u> be changed by agreement. |
| 4. | June 20, 2025 | **JOINT PRETRIAL ORDER** THE DEFENDANT shall supply the Plaintiff with a final version of its pretrial order by this date. (Where available, Defendant should supply Plaintiff with an electronic copy). |
| 5. | June 27, 2025 | THE PLAINTIFF is responsible for filing the pretrial order on this date. All Motions in Limine must also be filed by this date. |
| 6. | July 25, 2025 | **DOCKET CALL** is set at 1:30 p.m. in Courtroom 9A. |
| 7. | July 28, 2025 | **TRIAL DATE** |

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on December 13, 2024 at Houston, Texas.

_____
The Honorable Alfred H. Bennett
U.S. District Judge