**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **JOHN DOE,** | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| **vs.** | § | **Civil Action No. 4:20-cv-02985** |
| | § | |
| **WILLIAM MARSH RICE UNIVERSITY** | § | |
| **d/b/a RICE UNIVERSITY** | § | |
| | § | |
| *Defendants.* | § | |

---

## PLAINTIFF'S MOTION IN LIMINE

---

Before the *voir dire* examination of the jury panel, Plaintiff, John Doe, makes this Motion in Limine. Plaintiff seeks to exclude matters that are inadmissible, irrelevant, or prejudicial to the material issues in this case. If Defendant William Marsh Rice University d/b/a Rice University injects these matters in this case through a party, an attorney, or a witness, Defendant will cause irreparable harm to Plaintiff's case, which no jury instruction would cure. If any of these matters are directly or indirectly brought to the attention of the jury, Plaintiff will be compelled to move for a mistrial. In an effort to avoid prejudice and a possible mistrial, Plaintiff makes this Motion in Limine.

### A.
### GROUNDS

Plaintiff asks the Court to prohibit Defendant from offering any of the following matters without first asking for a ruling from the Court, outside the jury's presence, on the admissibility of the matter.

1.    Any statement, comment, reference or evidence to other allegations and/or discipline unrelated to the Title IX allegations as related to John Doe.

GRANTED: _____

DENIED: _____

GRANTED AS MODIFIED: _____

## B.
### CONCLUSION

For these reasons, Plaintiff asks the Court to instruct Defendant and all attorneys not to mention, refer to, interrogate regarding, or attempt to convey to the jury in any manner, either directly or indirectly, any of these matters without first obtaining the permission of the Court, outside the presence and hearing of the jury, and to instruct Defendant and all attorneys to warn and caution each of their witnesses to follow the same instructions.

Respectfully submitted,


/s/Susan E. Hutchison
SUSAN E. HUTCHISON
Texas Bar No. 10354100
sehservice@FightsforRight.com

HUTCHISON & FOREMAN, PLLC
500 East 4th St., Ste. 100
Fort Worth, Texas 76102
T: (817) 336-5533
F: (817) 887.5471

S. Rafe Foreman
Texas Bar No. 07255200
srfservice@fightsforright.com


PLAINTIFF'S MOTION IN LIMINE

HUTCHISON & FOREMAN, PLLC
1312 Texas Ave. Suite #101
Lubbock, Texas 79401
Tel: (806) 491-4911
Fax: (806) 491-9911

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

This is to certify that on this July 10, 2025, a true and correct copy of the above and foregoing document was served on the following attorney of record via ECF filing:

RUSSELL HARDIN, JR.
rhardin@rustyhardin.com
TERRY D. KERNELL
tkernell@rustyhardin.com
EMILY M. SMITH
esmith@rustyhardin.com
RUSTY HARDIN & ASSOCIATES, LLP

/s/Susan E. Hutchison
Susan E. Hutchison