IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN DOE, <br><br>　　　　Plaintiff, <br><br>v. <br><br>WILLIAM MARSH RICE UNIVERSITY, <br><br>　　　　Defendant. | § § § § § § § § § § § § | CIVIL ACTION NO. 4:20-cv-02985 |

## WILLIAM MARSH RICE UNIVERSITY'S
## DEPOSITION DESIGNATIONS OF DONALD OSTDIEK

**Deponent:** Donald Ostdiek

**Date:** July 16, 2020

| START | | STOP | |
|---|---|---|---|
| PAGE | LINE | PAGE | LINE |
| 4 | 24 | 5 | 19 |
| 6 | 2 | 6 | 23 |
| 7 | 9 | 10 | 16 |
| 11 | 1 | 11 | 17 |
| 12 | 4 | 12 | 21 |
| 13 | 1 | 13 | 10 |
| 13 | 20 | 14 | 11 |
| 14 | 15 | 16 | 16 |
| 17 | 5 | 17 | 19 |
| 18 | 21 | 18 | 23 |
| 19 | 9 | 19 | 14 |
| 20 | 6 | 20 | 8 |
| 26 | 12 | 26 | 18 |

| START | | STOP | |
|---|---|---|---|
| PAGE | LINE | PAGE | LINE |
| 27 | 12 | 27 | 21 |
| 29 | 25 | 30 | 10 |
| 32 | 6 | 32 | 25 |
| 34 | 5 | 34 | 13 |
| 37 | 14 | 37 | 20 |
| 39 | 23 | 40 | 5 |
| 41 | 11 | 41 | 21 |
| 41 | 24 | 42 | 3 |
| 46 | 9 | 46 | 16 |
| 47 | 3 | 47 | 9 |
| 48 | 16 | 48 | 23 |
| 52 | 3 | 52 | 7 |
| 52 | 15 | 53 | 9 |
| 60 | 10 | 60 | 22 |
| 73 | 17 | 73 | 22 |
| 73 | 24 | 74 | 1 |
| 74 | 18 | 75 | 2 |
| 79 | 17 | 79 | 25 |
| 118 | 12 | 118 | 19 |
| 119 | 24 | 120 | 15 |
| 127 | 18 | 128 | 5 |
| 138 | 4 | 138 | 15 |

        Respectfully submitted,

        **RUSTY HARDIN & ASSOCIATES, LLP**

        */s/ Russell Hardin, Jr.*
        Russell Hardin, Jr.
        State Bar No. 08972800
        Federal I.D. No. 19424
        rhardin@rustyhardin.com
        5 Houston Center
        1401 McKinney Street, Suite 2250
        Houston, Texas 77010
        Telephone: (713) 652-9000
        Facsimile: (713) 652-9800

        **ATTORNEY-IN-CHARGE FOR DEFENDANT**
        **WILLIAM MARSH RICE UNIVERSITY**

**OF COUNSEL:**

Terry D. Kernell
State Bar No. 11339020
Federal I.D. No. 15074
tkernell@rustyhardin.com

Emily M. Smith
State Bar No. 24083876
Federal I.D. No. 1890677
esmith@rustyhardin.com

**RUSTY HARDIN & ASSOCIATES, LLP**
5 Houston Center
1401 McKinney Street, Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000
Facsimile: (713) 652-9800

**ATTORNEYS FOR DEFENDANT**
**WILLIAM MARSH RICE UNIVERSITY**

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 11, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered parties.

                                                               */s/ Emily Smith*
                                                               Emily Smith