IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:20-cv-02985 |
| | § | |
| WILLIAM MARSH RICE | § | |
| UNIVERSITY, | § | |
| | § | |
| Defendant. | § | |

## WILLIAM MARSH RICE UNIVERSITY'S
## DEPOSITION DESIGNATIONS OF EMILY GARZA

**Deponent:   Emily Garza**

**Date:   July 1, 2020**

| START | | STOP | |
|---|---|---|---|
| **PAGE** | **LINE** | **PAGE** | **LINE** |
| 6 | 3 | 6 | 12 |
| 7 | 13 | 7 | 16 |
| 8 | 2 | 10 | 17 |
| 11 | 6 | 12 | 15 |
| 12 | 19 | 12 | 21 |
| 12 | 25 | 13 | 11 |
| 14 | 6 | 14 | 8 |
| 14 | 17 | 15 | 13 |
| 15 | 15 | 16 | 5 |
| 16 | 10 | 17 | 8 |
| 18 | 25 | 19 | 5 |
| 19 | 12 | 19 | 14 |
| 20 | 1 | 20 | 3 |

| START | | STOP | |
|-------|------|------|------|
| **PAGE** | **LINE** | **PAGE** | **LINE** |
| 21 | 4 | 21 | 8 |
| 22 | 16 | 23 | 1 |
| 23 | 3 | 23 | 3 |
| 23 | 6 | 24 | 11 |
| 25 | 11 | 25 | 21 |
| 25 | 23 | 26 | 10 |
| 26 | 13 | 26 | 16 |
| 26 | 18 | 27 | 1 |
| 27 | 13 | 28 | 8 |
| 30 | 9 | 30 | 12 |
| 30 | 24 | 31 | 2 |
| 31 | 7 | 32 | 12 |
| 32 | 18 | 32 | 22 |
| 33 | 4 | 33 | 10 |
| 33 | 23 | 34 | 11 |
| 34 | 14 | 34 | 16 |
| 37 | 1 | 38 | 7 |
| 39 | 2 | 39 | 7 |
| 39 | 12 | 39 | 25 |
| 40 | 8 | 41 | 21 |
| 42 | 13 | 42 | 23 |
| 43 | 9 | 43 | 9 |
| 43- | 11 | 44 | 6 |
| 44 | 10 | 44 | 21 |
| 45 | 12 | 45 | 24 |

| START | | STOP | |
|---|---|---|---|
| PAGE | LINE | PAGE | LINE |
| 47 | 6 | 47 | 12 |
| 70 | 19 | 70 | 24 |
| 76 | 17 | 76 | 24 |
| 81 | 7 | 81 | 21 |
| 82 | 3 | 82 | 7 |
| 88 | 2 | 89 | 1 |
| 92 | 23 | 93 | 6 |
| 94 | 3 | 94 | 11 |
| 95 | 1 | 95 | 12 |
| 96 | 7 | 97 | 1 |
| 99 | 2 | 99 | 5 |
| 100 | 5 | 100 | 9 |
| 101 | 12 | 101 | 18 |
| 121 | 18 | 122 | 13 |
| 130 | 20 | 131 | 1 |
| 131 | 18 | 132 | 9 |
| 132 | 17 | 132 | 22 |
| 134 | 19 | 134 | 24 |
| 135 | 8 | 135 | 14 |
| 135 | 18 | 136 | 8 |
| 142 | 17 | 143 | 1 |
| 145 | 1 | 145 | 5 |
| 151 | 8 | 151 | 11 |
| 152 | 3 | 152 | 16 |
| 152 | 22 | 153 | 3 |

| START | | STOP | |
|---|---|---|---|
| PAGE | LINE | PAGE | LINE |
| 164 | 2 | 164 | 21 |
| 166 | 13 | 166 | 23 |
| 167 | 21 | 167 | 25 |
| 168 | 23 | 169 | 1 |
| 169 | 7 | 170 | 2 |
| 170 | 17 | 171 | 17 |
| 179 | 22 | 180 | 15 |
| 185 | 4 | 185 | 12 |
| 188 | 8 | 188 | 12 |
| 188 | 20 | 188 | 22 |
| 191 | 12 | 192 | 2 |
| 193 | 7 | 194 | 21 |
| 195 | 7 | 195 | 19 |
| 196 | 8 | 196 | 23 |
| 197 | 2 | 197 | 3 |
| 197 | 7 | 197 | 24 |
| 200 | 12 | 201 | 3 |
| 201 | 9 | 201 | 15 |
| 201 | 23 | 202 | 11 |
| | | | |

Respectfully submitted,

**RUSTY HARDIN & ASSOCIATES, LLP**

*/s/ Russell Hardin, Jr.*
Russell Hardin, Jr.
State Bar No. 08972800
Federal I.D. No. 19424
rhardin@rustyhardin.com
5 Houston Center
1401 McKinney Street, Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000
Facsimile: (713) 652-9800

**ATTORNEY-IN-CHARGE FOR DEFENDANT**
**WILLIAM MARSH RICE UNIVERSITY**

**OF COUNSEL:**

Terry D. Kernell
State Bar No. 11339020
Federal I.D. No. 15074
tkernell@rustyhardin.com

Emily M. Smith
State Bar No. 24083876
Federal I.D. No. 1890677
esmith@rustyhardin.com

**RUSTY HARDIN & ASSOCIATES, LLP**
5 Houston Center
1401 McKinney Street, Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000
Facsimile: (713) 652-9800

**ATTORNEYS FOR DEFENDANT**
**WILLIAM MARSH RICE UNIVERSITY**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 11, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered parties.

*/s/ Emily Smith*
Emily Smith