IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| JOHN DOE,<br>　　　　Plaintiff, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br>CIVIL ACTION 4:20-cv-02985 |
| WILLIAM MARSH RICE UNIVERSITY,<br><br>　　　　Defendant. | | |

## DEFENDANT'S OBJECTIONS TO PLAINTIFF'S DESIGNATIONS OF THE DEPOSITIONS OF EMILY GARZA AND DONALD OSTDIEK

Defendant William Marsh Rice University ("Rice") makes the following Objections to Plaintiff's Designation of the Depositions of Emily Garza and Donald Ostdiek.

Rice objects to all designations from both depositions fall squarely within the definition of hearsay. *See* FED. R. EVID. 801(c) ("'Hearsay' means a statement that: (1) the declarant does not make while testifying at the current trial or hearing; and (2) a party offers in evidence to prove the truth of the matter asserted in the statement"). "[H]earsay is not admissible…". FED. R. EVID. 802.

The prior testimony exception to the hearsay rule is inapplicable. Plaintiff has subpoenaed both declarants' attendance at trial. *See* FED. R. EVID. 804(a)(5), (b)(1) (testimony at earlier hearing or trial remains hearsay if proponent can procure

declarant's trial attendance). And the parties have not agreed to the use of depositions at trial even though the witness is available. *Cf.* Court Procedures and Practices C(6) ("The Court will accept the parties' agreement to use a deposition at trial even though the witness is available"). The transcripts are hearsay, and therefore inadmissible.

Plaintiff's designations should also be excluded *in toto* pursuant to Federal Rule of Evidence 403, which allows this Court to exclude evidence "if its probative value is substantially outweighed by a danger of… undue delay, wasting time, or needlessly presenting cumulative evidence." FED. R. EVID. 403.

Plaintiff has designated all but approximately eight lines of actual testimony by Ms. Garza out of her 206-page deposition transcript. He was twice as judicious in designating Dr. Ostdiek's deposition testimony, where he left 16 lines of testimony undesignated out of Dr. Ostdiek's 182-page transcript. Allowing Plaintiff to introduce both the deposition testimony he has designated and call the witnesses live to testify would also be tremendously time-consuming, duplicative, and wasteful. Plaintiff does not get to call each witness twice.

Rice additionally objects to specific designations on the following additional grounds.

**Donald Ostdiek July 16, 2020 Deposition**

| Description Page:Line | Objections |
|---|---|
| 4:2-23 | Relevance. |

| Description Page:Line | Objections |
|---|---|
| 36:13-36:24 | Assumes facts. |
| 38:11-19 | Assumes facts. |
| 42:8-12 | Misleading, more prejudicial than probative. |
| 45:10-15 | Overbroad. |
| 45:22-46:3 | Assumes facts, misleading, more prejudicial than probative. |
| 46:9-16 | Overbroad, assumes facts. |
| 47:3-9 | Overbroad, assumes facts. |
| 47:10-14 | Overbroad, assumes facts. |
| 47:15-48:2 | Overbroad, assumes facts. |
| 49:1-49:6 | Overbroad, assumes facts; cumulative. |
| 49:13-49:20 | Assumes facts, misleading, more prejudicial than probative. |
| 49:22-50:2 | Assumes facts, misleading, misstated prior testimony, more prejudicial than probative. |
| 50:4-50-10 | Assumes facts, misleading, misstated prior testimony, more prejudicial than probative. |
| 50:24-51:11 | Assumes facts, misleading, misstated prior testimony, more prejudicial than probative. |
| 51:13-18 | Assumes facts, misleading, misstated prior testimony, more prejudicial than probative. |
| 53:17-24 | Relevance (question but no answer), misleading, assumes facts, misstates prior testimony, more prejudicial than probative. |
| 54:1-15 | Misleading, assumes facts; misstates prior testimony, more prejudicial than probative. |
| 54:16-19 | Relevance (question but no answer), misleading, assumes facts, misstates prior testimony, more prejudicial than probative. |
| 57:1-4 | Relevance (question but no answer). |
| 57:6-57:8 | Misleading, assumes facts, misstates prior testimony, more prejudicial than probative. |
| 57:10-11 | Misleading, assumes facts, misstates prior testimony, more prejudicial than probative. |
| 57:12-13 | Relevance (question but no answer). |
| 57:15-57:17 | Harassing, repetitious, cumulative, misleading, assumes facts, misstates prior testimony, more prejudicial than probative. |
| 58:18-59:15 | Harassing, repetitious, cumulative, misleading, assumes facts, misstates prior testimony, more prejudicial than probative. |
| 59:17-59:23 | Harassing, repetitious, cumulative, misleading, assumes facts, misstates prior testimony, more prejudicial than probative. |

| Description Page:Line | Objections |
|---|---|
| 59:25-60:2 | Harassing, repetitious, cumulative, misleading, assumes facts, misstates prior testimony, more prejudicial than probative. |
| 64:14-15 | Relevance. |
| 66:13-18 | Hearsay to the extent offered for the truth. |
| 69:5-16 | Assumes facts, misstates facts, misleading, more prejudicial than probative. |
| 69:12-70:5 | Hearsay to the extent questions and answers depend on or assume the truth of the prior statement being discussed. |
| 70:20-71:2 | Hearsay to the extent questions and answers depend on or assume the truth of the prior statement being discussed. |
| 72:5-72:10 | Assumes facts, misstates facts, misleading, more prejudicial than probative. |
| 72:12-13 | Assumes facts, misstates facts, misleading, more prejudicial than probative. |
| 72:24-73:16 | Assumes facts, misstates facts, misleading, more prejudicial than probative. |
| 74:2-11 | Assumes facts, misstates facts, misleading, more prejudicial than probative. |
| 75:3-9 | Assumes facts, misstates facts, misleading, more prejudicial than probative. |
| 76:9-18 | Assumes facts, misstates facts, misleading, confusing, more prejudicial than probative. |
| 77:14-19 | Relevance (unintelligible). |
| 78:14-16, 23-25 | Relevance (colloquy). |
| 93:10-13 | Relevance (question, no answer), calls for speculation. |
| 96:1-5 | Misstates facts, calls for speculation, more prejudicial than probative. |
| 97:22-98:5 | Misstates facts, more prejudicial than probative. |
| 100:21-24 | Misstates facts, calls for speculation, more prejudicial than probative. |
| 102:23-103:12 | Misstates facts, assumes facts, misleading, more prejudicial than probative. |
| 109:17-22 | Misstates facts, assumes facts, misleading, more prejudicial than probative. |
| 111:10-19 | Misstates facts, assumes facts, misleading, more prejudicial than probative. |

| Description<br>Page:Line | Objections |
|---|---|
| 112:3-9 | Misstates facts, assumes facts, misleading, more prejudicial than probative. |
| 120:16-21 | Relevance, including predicate question (question with unchallenged instruction not to answer). |
| 121:23-24 | Relevance (question with unchallenged instruction not to answer). |
| 123:12-14 | Relevance (question without answer). |
| 124:7-9 | Relevance (question without answer). |
| 124:15-19 | Relevance (question without answer). |
| 129:9-14 | Calls for speculation. |
| 130:18-22 | Assumes facts, misstates facts, misleading, more prejudicial than probative. |
| 131:7-18 | Assumes facts, misstates facts, misleading, more prejudicial than probative. |
| 136:18-22 | Assumes facts. |
| 146:25-147:9 | Assumes facts, misstates facts, misleading, more prejudicial than probative. |
| 150:2-11 | Relevance, misleading, more prejudicial than probative. |
| 151:15-20 | Relevance, misleading, more prejudicial than probative. |
| 154:13-20 | Relevance, misleading, more prejudicial than probative. |
| 157:18-158:5 | Calls for speculation. |
| 158:18-158:24 | Calls for speculation, assumes facts, misstates facts, misleading, more prejudicial than probative. |
| 163:11-15 | Assumes facts, misstates facts, misleading, more prejudicial than probative. |
| 169:4-12 | Assumes misstates facts, misleading, more prejudicial than probative. |
| 171:6-7 | Relevance (question without answer). |

## Emily Garza July 1, 2020 Deposition

| Description<br>Page:Line | Objections |
|---|---|
| 6:13-6:15 | Relevance (question but no answer). |
| 14:12-16 | Misstates facts, misleading. |
| 18:8-10 | Relevance (answer with no question designated). |

| Description Page:Line | Objections |
|---|---|
| 20:22-21:3 | Relevance (question with no answer that was rephrased in response to objection). |
| 21:4-10 | Assumes facts, misleading. |
| 21:11-15 | Assumes facts, misleading, calls for legal conclusion. |
| 24:15-25:10 | Colloquy |
| 31:7-12 | Calls for medical opinion. |
| 36:16-22 | Relevance (question but no answer). |
| 38:8-11 | Assumes facts, misstates facts, misleading. |
| 52:9-15 | Assumes facts, misstates facts, misleading. |
| 55:21-56:1 | Assumes facts, misstates facts, misleading. |
| 61:18-62:1 | Colloquy |
| 66:14-24 | Assumes facts, misstates facts, misleading. |
| 68:20-69:2 | Assumes facts, misstates facts, misleading. |
| 69:11-15 | Assumes facts, misstates facts, misleading. |
| 70:9-18 | Assumes facts, misstates facts, misleading. |
| 71:8-14 | Relevance (question but no answer). |
| 72:21-73:1 | Calls for speculation. |
| 76:11-15 | Relevance (question but no answer). |
| 81:22-82:1 | Assumes facts, misstates facts, misleading, more prejudicial than probative. |
| 82:8-11 | Ambiguous. |
| 82:25-83:5 | Calls for a legal conclusion. |
| 84:7-14 | Calls for speculation, assumes facts, misstates facts, more prejudicial than probative. |
| 87:11-16 | Argumentative, ambiguous, misleading. |
| 92:16-22 | Misstates prior testimony, misleading, assumes facts. |
| 93:23-94:2 | Relevance (sidebar). |
| 94:12-18 | Relevance (question with no answer that was rephrased in response to request). |
| 94:8-94:15 | Relevance |
| 99:6-9 | Relevance (question with no answer). |
| 100:20-25 | Calls for speculation. |
| 101:23-102:4 | Assumes facts, misstates facts, misleading. |
| 104:17-25 | Assumes facts, misstates facts, misleading. |
| 105:8-12 | Calls for speculation. |
| 106:6-10 | Assumes facts, misstates facts. |
| 106:18-23 | Assumes facts, misstates facts. |

| Description<br>Page:Line | Objections |
|---|---|
| 107:3-8 | Calls for speculation. |
| 107:12-18 | Misstates prior testimony. |
| 108:11-13 | Relevance (question with no answer). |
| 110:16-112:22 | Relevance (colloquy regarding identifying document). |
| 114:8-14 | Relevance (questions with no answers). |
| 120:25-121:14 | Assumes facts, misstates facts, misleading, more prejudicial than probative. |
| 125:3-9 | Assumes facts, misstates facts, misleading. |
| 125:10-18 | Multifarious, relevance (questions with no answers), assumes facts, misstates facts, misleading. |
| 128:19-21 | Argumentative. |
| 133:20-21 | Relevance (sidebar). |
| 136:9-11 | Calls for speculation. |
| 138:14-19 | Calls for speculation. |
| 138:20-25 | Calls for speculation. |
| 139:17-24 | Calls for speculation. |
| 139:25-140:11 | Argumentative, multifarious, relevance (question with no answer). |
| 140:19 | Relevance (question with no answer). |
| 146:6-9 | No substantive response before instruction not to answer. |
| 146:13-15 | Relevance (question with no answer), attorney-client privilege, work product. |
| 147:18-19 | Relevance (question with no answer). |
| 156:21-157:1 | Assumes facts, misstates facts, misleading, more prejudicial than probative. |
| 165:21-166:2 | Multifarious, relevance (questions with no answers) |
| 171:18-172:3 | Assumes facts, misstates facts, misleading, multifarious, relevance (question with no answer). |
| 202:23-204:6 | Relevance, more prejudicial than probative. |

**RUSTY HARDIN & ASSOCIATES, LLP**

 /s/ Russell Hardin, Jr.
Russell Hardin, Jr.
State Bar No. 08972800
Federal I.D. No. 19424

rhardin@rustyhardin.com
5 Houston Center
1401 McKinney Street, Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000
Facsimile: (713) 652-9800

**ATTORNEY-IN-CHARGE FOR DEFENDANT
WILLIAM MARSH RICE UNIVERSITY**

<u>**OF COUNSEL:**</u>

Terry D. Kernell
State Bar No. 11339020
Federal I.D. No. 15074
tkernell@rustyhardin.com
Emily M. Smith
State Bar No. 24083876
Federal I.D. No. 1890677
esmith@rustyhardin.com

**RUSTY HARDIN & ASSOCIATES, LLP**
5 Houston Center
1401 McKinney Street, Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000
Facsimile: (713) 652-9800
**ATTORNEYS FOR DEFENDANT
WILLIAM MARSH RICE UNIVERSITY**

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2025, I electronically filed a true and correct copy of Defendant William Marsh Rice University's Objections To The Deposition Designations of Emily Garza And Donald Ostdiek with the Clerk of the Court using the CM:ECF system, which will send notification of such filing to all registered parties.

*/s/Terry Kernell*
Terry Kernell
