Case 4:20-cv-02985   Document 149   Filed on 08/13/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 13, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-02985 |
| | § | |
| WILLIAM MARSH RICE UNIVERSITY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

# AMENDED SCHEDULING ORDER

The following deadlines and settings shall govern the disposition of this case:

    Docket call set          December 5, 2025, at 1:30 p.m.

    Jury trial set            December 8, 2025, at 9:00 a.m.

Signed on August 13, 2025.

_____
Alfred H. Bennett
United States District Judge