IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN DOE, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:20-cv-02985 |
| § | |
| WILLIAM MARSH RICE § | |
| UNIVERSITY, § | |
| § | |
| Defendant. § | |

**DEFENDANT WILLIAM MARSH RICE UNIVERSITY'S
*UNOPPOSED SUPPLEMENT* TO ITS
MOTION TO CONTINUE DOCKET CALL AND TRIAL DATES**

Defendant William Marsh Rice University ("Rice") respectfully supplements its November 5, 2025 unopposed motion to continue the current December 5, 2025 docket call and December 8, 2025 trial dates in this case to April 13, 2026 (Dkt. 150). ***Plaintiff is unopposed to the relief requested in this supplement.***

**I.     ARGUMENT.**

Rice's original motion requested that the current trial date in this case be reset to April 13, 2026, a date convenient for all counsel and their experts. It has just come to light that April 13, 2026 is not a workable date for one of Plaintiff's experts.

As expected, the California trial that conflicts with the current trial setting in this case continues apace, with no suggestion it will end or settle before the December 8, 2025 trial in this case is set to begin. Thus, Rice still needs, and still

requests, that the current docket call and trial dates in this case be continued and reset. But just as Rice should not be put to trial without its lead counsel, Plaintiff should not be required to proceed to trial without one of its testifying experts.

The parties are currently in the process of finding alternative agreed dates to present to this Court, and will do so as quickly as possible. Based on the time needed to find the April 13, 2026 date and the number and schedules of all involved, that will almost certainly take at least few days. But if this case proceeds to docket call on December 5 and trial on December 8, the parties need to start making travel arrangements, coordinating witnesses, and accomplishing all of the other necessary tasks now.

Rice therefore supplements the relief requested in its pending motion for continuance. Rather that asking this Court to continue the current trial date until April 13, 2026, with docket call set on an appropriate date chosen by this Court, Rice asks this Court to continue to current docket call and trial dates now, but to dates in the future to be determined after the parties have had the opportunity to confer with each other and this Court on what those dates will be.

The relief Rice continues seeking is still not sought for purposes of delay only, but so that justice may be done.

## II.   CONCLUSION AND PRAYER.

For these reasons, as well as the reasons set out in Rice's pending motion for continuance, Rice respectfully requests that this Court continue the current docket call and trial dates and reset the docket call and trial dates in this case to dates in the future agreed between the parties and approved by this Court. Rice further seeks all other equitable, legal, general, and specific relief to which it may show itself justly entitled.

    Respectfully submitted,

**RUSTY HARDIN & ASSOCIATES, LLP**
 /s/ Russell Hardin, Jr.
Russell Hardin, Jr.
*attorney-in-charge*
State Bar No. 08972800
Federal I.D. No. 19424
rhardin@rustyhardin.com
5 Houston Center
1401 McKinney Street, Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000
Facsimile: (713) 652-9800

**ATTORNEY-IN-CHARGE FOR DEFENDANT WILLIAM MARSH RICE UNIVERSITY**

<u>**OF COUNSEL:**</u>

Terry D. Kernell
State Bar No. 11339020
Federal I.D. No. 15074
tkernell@rustyhardin.com

Emily M. Smith

3

State Bar No. 24083876
Federal I.D. No. 1890677
esmith@rustyhardin.com

**RUSTY HARDIN & ASSOCIATES, LLP**
5 Houston Center
1401 McKinney Street, Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000
Facsimile: (713) 652-9800

**ATTORNEYS FOR DEFENDANT
WILLIAM MARSH RICE UNIVERSITY**

## CERTIFICATE OF CONFERENCE

    I hereby certify that I have conferred with Plaintiff's counsel, and Plaintiff is unopposed to the relief requested in this supplement to Rice's pending motion to compel.

                                                        */s/ Terry D. Kernell*
                                                        Terry D. Kernell

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 10th day of November, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered parties.

                                           */s/ Terry D. Kernell*
                                           Terry D. Kernell