United States District Court
Southern District of Texas
**ENTERED**
December 04, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:20-cv-02985 |
| | § | |
| WILLIAM MARSH RICE UNIVERSITY, | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING *UNOPPOSED* MOTION TO CONTINUE DOCKET CALL AND TRIAL DATES AND *UNOPPOSED* SUPPLEMENT TO RICE'S PENDING MOTION

This Court has considered Defendant William Marsh Rice University's ("Rice") Unopposed November 5, 2025 motion to continue the currently scheduled December 5, 2025 docket call and December 8, 2025 trial dates in this case (Dkt. 150) and Rice's November 11, 2025 unopposed supplement to that motion.

This Court grants the relief requested by Rice in its unopposed supplement to its unopposed motion for continuance. The current December 5, 2025 docket call and December 8 trial dates are continued.

The parties will appear for a status conference **January 16, 2026 at 9:30 AM**.

Signed: December 4, 2025

_____
ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE