United States District Court
Southern District of Texas
**ENTERED**
April 07, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-02985 |
| | § | |
| WILLIAM MARSH RICE UNIVERSITY, | § | |
| *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER TO PROVIDE MEAL TO JURY

The Clerk is ORDERED to provide the jury, consisting of 7 members, with breakfast,

April 7, 2026 through April 9, 2026, and April 13, 2026, through April 15, 2026.

A copy of this order will be provided to the Financial Section for reimbursement for the

meals.

Signed on April 7, 2026.

_____
Alfred H. Bennett
United States District Judge

1 / 1