United States District Court
Southern District of Texas

**ENTERED**

April 15, 2026

Nathan Ochsner, Clerk

## PROPOSED INSTRUCTION NO. 27
**(Future Damages)**

An award of future economic harm necessarily requires that payment be made now for harm that Plaintiff will not actually suffer until some future date. If you decide to award Plaintiff compensatory damages for economic harm Plaintiff is reasonably likely to suffer in the future from a loss of earning capacity as a proximate result of Rice University's actions, then you should consider evidence relevant to the time Plaintiff would continue making those earnings in determining the amount that would fairly compensate Plaintiff for such future damages.

You also must determine the present worth in dollars of such future damages. To do so you must consider two particular factors:

1.      You should reduce any award by the amount of the expenses that the plaintiff would have incurred in making those earnings.

2.      If you make an award for future loss of earnings, you must reduce it to present value by considering the interest that the plaintiff could earn on the amount of the award if he made a relatively risk-free investment. The reason why you must make this reduction is because an award of an amount representing future loss of earnings is more valuable to Plaintiff if he receives it today than if he received it in the future, when he would otherwise have earned it. It is more valuable because Plaintiff can earn interest on it for the period of time between the date of the award and the date he would have earned the money. Thus you should adjust the amount of any award for future loss of earnings by the amount of interest that the plaintiff can earn on that amount in the future.[21]

ACCEPTED: _____

ACCEPTED AS MODIFIED: _____

REJECTED: _____

_____

[21] FIFTH CIRCUIT PATTERN JURY INSTRUCTIONS—CIVIL 15.3 (2006).