UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

JURY NOTE

Note Number: _1_                    Case Number: 4:20-CV-02985

Dear Judge Bennett:

☒  We would like to take a break until _3:50 p._

☐  We have reached a verdict. like

☒  ① We would clarification on the meaning of "nominal" in Question 4

② Where is accountants expert?

SIGNATURE REDACTED

Foreman

*If you need to communicate with the judge,*
*please complete this form and hand it to the marshal.*