UNITED STATES DISTRICT COURT       SOUTHERN DISTRICT OF TEXAS

JURY NOTE

Note Number: _____2_____       Case Number: 4:20-CV-02985

Dear Judge Bennett:

☐    We would like to take a break until _____:_____.

☐    We have reached a verdict.

☑ A) Does the jury have to answer "Yes" to Questions 1, 2 AND 3 to award damages?

B) ~~the~~ Can the jury answer Question 1 ~~so~~ sub parts (1) & (2) seperately?

SIGNATURE REDACTED

_____
Foreman

*If you need to communicate with the judge,*
*please complete this form and hand it to the marshal.*