UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-02985 |
| | § | |
| WILLIAM MARSH RICE UNIVERSITY, | § | |
| et al., | § | |
| | § | |
| Defendants. | § | |

## RESPONSE TO JURY NOTE #1

**Questions:**

1. We would like clarification on the meaning of "nominal" in Question 4.
2. Where is accountant's expert?

**Answers:**

1. "Nominal" should be given its plain and ordinary meaning.
2. The Court interprets the jury's question regarding an "accountant" to refer to Plaintiff's expert economist. Although the Plaintiff's economist has testified in this case, his written report is not in evidence.

4/14/26
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge