UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN DOE, | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § CIVIL ACTION NO. 4:20-CV-02985 |
| | § |
| WILLIAM MARSH RICE UNIVERSITY, | § |
| *et al.,* | § |
| | § |
| Defendants. | § |

## RESPONSE TO JURY NOTE #2

**Questions:**

   A. Does the jury have to answer "Yes" to Questions 1, 2, <u>AND</u> 3 to award damages?
   B. Can the jury answer Question 1 sub-parts (1) and (2) separately?

**Answers:**

   A. To answer Question 4, you must answer "Yes" to either Question 1, Question 2, or Question 3.

   B. Pursuant to the instruction that precedes Question 1, for the Plaintiff to prevail on this claim, Plaintiff must prove by a preponderance of the evidence both that (1) the outcome of the disciplinary proceeding was erroneous; and (2) Plaintiff's sex was the motivating factor in causing that erroneous outcome.

4/14/26
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge