United States District Court
Southern District of Texas
**ENTERED**
April 15, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-02985 |
| | § | |
| WILLIAM MARSH RICE UNIVERSITY, | § | |
| *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER FOR WITHDRAWAL OF EXHIBITS

All exhibits offered and admitted during the trial in the above-referenced case must be withdrawn and retrieved from the court within seven (7) days of the date of this order. For the purposes of appeal, parties will electronically file the exhibits on the record for transmission to the 5th Circuit Court of Appeal.

Exhibits will be disposed of without further notice from the court.

Signed on April 15, 2026.

_____
Alfred H. Bennett
United States District Judge