**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **JOHN DOE,** | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| **vs.** | § | **Civil Action No. 4:20-cv-02985** |
| | § | |
| **WILLIAM MARSH RICE UNIVERSITY** | § | |
| **d/b/a RICE UNIVERSITY** | § | |
| | § | |
| *Defendant.* | § | |

FINAL JUDGMENT

On April 6, 2026, the trial of this case began. Plaintiff, John Doe, appeared in person and through his attorneys and announced ready for trial. Defendant William Marsh Rice University dba Rice University appeared in person and through its attorneys and announced ready for trial. The Court determined that it had jurisdiction over the subject matter and the parties in this case. The Court then impaneled and swore in the jury, which heard the evidence and arguments of counsel. The Court submitted questions, definitions, and instructions to the jury. In response, the jury made findings that the Court received, filed, and entered of record. Plaintiff moved for entry of judgment on the verdict. The Court considered the motion and renders judgment for Plaintiff.

1.     Therefore, the Court orders that Plaintiff, John Doe, recover the sum of $1,324,447.00 from Defendant ($271,230.00 for loss of scholarship and $1,053,217.00 for loss of earning capacity) and his costs of court from Defendant William Marsh Rice University dba Rice University.

2.     Additionally, the Court awards prejudgment interest on the sum at the annual rate of 6.5% totaling $148,348.55 as well as taxable costs in the amount of $5,020.96.

Exhibit 1

3. Plaintiff requested reasonable attorney fees. The Court orders Defendant William Marsh Rice University dba Rice University to pay Plaintiff $589,118.22 for attorney fees.

4. Postjudgment interest is payable on all of the above amounts allowable by law at the rate of \_\_\_\_\_, from the date this judgment is entered until the date this judgment is paid.

5. The Court orders execution to issue for this judgment.

6. The Court denies all relief not granted in this judgment.

7. This is a FINAL JUDGMENT.

SIGNED on _____, 2026.

_____
U.S. DISTRICT JUDGE

Exhibit 1

JUDGMENT

PAGE 2