United States District Court
Southern District of Texas

**ENTERED**

July 15, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **JOHN DOE,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:20-cv-02985** |
| | § | |
| **WILLIAM MARSH RICE UNIVERSITY** | § | |
| **D/B/A RICE UNIVERSITY,** | § | |
| | § | |
| *Defendant.* | | |

**ORDER GRANTING UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S
MOTION FOR ENTRY OF JUDGMENT INCLUDING ATTORNEY FEES**

Defendant William Marsh Rice University d/b/a Rice University's ("Rice University")

motion for an extension of time to respond to Plaintiff's Motion for Entry of Judgment Including

Attorney Fees from July 21, 2026 to August 4, 2026, is **GRANTED.** *In part.*

The time for Rice University to respond to Plaintiff's Motion for Entry of Judgment

Including Attorney Fees (Dkt. 162) is extended to ~~AUGUST 4, 2026.~~ *July 24, 2026*.

SIGNED this ____JUL 1 4 2026____ day of July, 2026

_____
UNITED STATES DISTRICT JUDGE